621 S.E.2d 890

**The STATE, Respondent,**

v.

**Gilbert BOWIE, Petitioner.**

**No. 26061.**

Supreme Court of South Carolina.

Submitted Oct. 18, 2005.

Decided Nov. 7, 2005.

Assistant Appellate Defender Robert M. Pachak, of the South Carolina Office of Appellate Defense, of Columbia, for Petitioner.

336

Attorney General Henry Dargan McMaster, Chief Deputy
Attorney General John W. McIntosh, Senior Assistant Attorney General Charles H. Richardson, all of Columbia, and
Solicitor Warren Blair Giese, of Columbia, for Respondent.

PER CURIAM:

Petitioner has filed a petition asking this Court to review
the Court of Appeals' decision in *State v. Gilbert Bowie*, 360
S.C. 210, 600 S.E.2d 112 (Ct.App.2004). We grant the petition, dispense with further briefing, and affirm the portion of
the Court of Appeals' decision dealing with probable cause.
However, we vacate the portion of the Court of Appeals'
decision dealing with the issue of standing as the issue was not
properly before the court.

**AFFIRMED IN PART, VACATED IN PART.**

TOAL, C.J., WALLER, BURNETT and PLEICONES, JJ.,
concur. MOORE, J., not participating.